No. 2026-1766

**IN THE**

**UNITED STATES COURT OF APPEALS FOR**

**THE FEDERAL CIRCUIT**

**IN RE: DAVID J. GOMEZ**
*Appellant*

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 17/375,841

## JOINT MOTION FOR REMAND

Appellant, David J. Gomez ("Appellant" or "Gomez"), and Appellee, John A. Squires, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("USPTO"), respectfully move pursuant to Fed. Cir. R. 27(f) to remand this case to the USPTO to permit further proceedings before the agency.

This is an appeal from the Patent Trial and Appeal Board's ("Board") decision in U.S. Patent Application No. 17/375,841 (the "'841 Application") affirming the Examiner's August 15, 2023 final rejection of claims 1-6 under 35 U.S.C. § 103 (the "Rejection") and denying Gomez's request for rehearing regarding the same.

On July 21, 2026, Gomez contacted the USPTO to explain that one of the references relied on in the Rejection was not prior art to the ’841 Application and to ask whether the USPTO would agree to request a remand for further proceedings before the agency. In particular, the Rejection relied, in part, on U.S. Patent No. 10,709,626 (the “’626 Patent”) which lists the same sole inventor as the ’841 Application—Appellant David J. Gomez. The ’626 Patent issued on July 14, 2020. The ’841 Application was filed on July 14, 2021 and claims priority to patent applications filed on July 14, 2020, January 31, 2019, and January 31, 2018. Accordingly, Appellant explained that the ’626 Patent was not prior art to the ’841 Application and that a remand would conserve the resources of the parties and the Court. Appellant admitted, however, that he did not raise the issue of the prior art status of the ’626 Patent during examination or to the Board.

Upon review of the Rejection, the USPTO agrees that the ’626 Patent is not prior art to Gomez’s ’841 Application under 35 U.S.C. §§ 102(a)(1)-(2). Accordingly, the USPTO and Gomez ask that the Court remand the Board’s decision to allow the agency to reverse the Rejection and permit further proceedings at the agency. A remand now to permit further proceedings would prevent the Court, Gomez, and the USPTO from needlessly expending additional resources. *See, e.g., In re Koninklijke Philips N.V.*, No. 19-1162, ECF No. 18 (Fed.

Cir. Apr. 24, 2019) (finding that a remand "would best serve judicial economy" when the USPTO acknowledged an error in the Board's decision).

Further, given Gomez's forfeiture of the argument, the USPTO and Gomez agree that the time period during which Gomez failed to raise this issue to the USPTO constitutes applicant delay for failure to engage in reasonable efforts to conclude prosecution of the application. *See* 35 U.S.C. § 154(b)(2)(C)(i). In other words, the USPTO and Gomez agree that the time period beginning on the date of Gomez's response to the Examiner's December 6, 2022 Non-Final Office Action and ending on the date of any reversal of the Rejection by the Board following a remand from this Court will constitute applicant delay for the purposes of patent term adjustment, should there be any, of any patent issuing from the '841 Application.

In view of the foregoing, Gomez and the USPTO respectfully request that the Court grant this motion and remand this appeal to the USPTO for further proceedings.

Because this motion, if granted, would terminate the appeal, the time to serve and file the next brief due is suspended. *See* Fed. Cir. R. 31(c).

Date: August 18, 2026

Respectfully submitted,

*/s/ Patrick G. Maloney*
Patrick G. Maloney
Cork Maloney LLP
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Telephone: (310) 895-9402

David L. Principe
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203-2887
Telephone: (716) 847 7066

*Counsel for Appellant David J. Gomez*

*/s/ Shehla Wynne*
AUSTIN P. MAYRON
*Deputy Solicitor*

ROBERT J. MCMANUS
*Senior IP Legal Counsel*

SHELLA WYNNE
MAI-TRANG DANG
*Associate Solicitors*

Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, Virginia 22313
(571) 272-9035

*Attorneys for the Director of the United States Patent and Trademark Office*

## RULE 32(g) CERTIFICATE OF COMPLIANCE

I hereby certify pursuant to Fed. R. App. P. 27(d)(2)(A) and 32(g)(1) that the foregoing motion complies with the type volume limitation required by the Court's rule. The total number of words in the foregoing motion is 546 as calculated using the Word® software program.

*/s/ Patrick G. Maloney*
Patrick G. Maloney
Cork Maloney LLP
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Telephone: (310) 895-9402